UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAVIER ALEJANDRO ARELLANO,

    Plaintiff,

v.                                    Case No.:   6:26-cv-00512-GAP-DCI

LOUIS A. QUINONESJR., TODD
LYONS, SECRETARY KRISTI
NOEM, U.S. ATTORNEY GENERA
PAMELA BONDI, GARRETT RIPA,
US IMMIGRATION AND CUSTOMS
ENFORCEMENT,  DEPARTMENT
OF HOMELAND SECURITY,

    Defendants,

_____ /

## ORDER

Upon consideration of Respondent's Response to Petitioner Javier Alejandro Arellano's ("Petitioner's") Petition for Writ of Habeas Corpus, the Petition is due to be granted. *See* Doc. 6; *see also* Doc. 1.

Respondents concede in their Response that both the warrant and the Notice to Appear issued to Petitioner are not legally sufficient and that, therefore, this matter is substantively similar to *Cabral v. Quinones et al*, No. 6:26-cv-425-GAP-LHP, Doc. 20 (M.D. Fla. Mar. 4, 2026).[1] Doc. 6 at 2. Consequently, and for the same reasons

---

[1] Once again, Respondents concede that the Government arrested Petitioner without a legitimate warrant or Notice to Appear as required under 8 U.S.C. § 1226(a). Doc. 6 at 2. Indeed,

explained in *Cabral*, this Court finds that Petitioner has been unlawfully detained by Respondents and is due to be immediately released. No. 6:26-cv-425-GAP-LHP, Doc. 20 at 4-9.

Accordingly, it is **ORDERED** that:

1. Petitioner Javier Alejandro Arellano's Petition for a writ of habeas corpus and injunctive relief is hereby **GRANTED**.

2. The Hearing scheduled for Thursday, Mar. 12, 2026, at 8:30 AM is hereby **CANCELLED**.

3. Respondents shall **IMMEDIATELY RELEASE or facilitate the release** of the Petitioner from custody and **IMMEDIATELY** notify his counsel where and when he may be picked up.

4. Respondents shall **IMMEDIATELY** return all of Petitioner's documentation and any other personal property.

5. Respondents and all other persons or entities acting in active concert or participation with them are **RESTRAINED AND ENJOINED** from re-arresting or detaining Petitioner **UNTIL FURTHER ORDER OF THE COURT**. The Court will consider lifting this prohibition once ICE serves

---

the warrant was signed *after* it was served on Petitioner (though Respondents recognize the immigration officer's signature does not have an AM/PM designation, such time stamps generally operate on a 24-hour clock to avoid the kind of confusion that Respondents invoke). Doc. 6-2. The same fatal deficiency applies to the Notice to Appear. Doc. 6-3 at 1 (the Notice to Appear likewise does not reflect Petitioner's acknowledgement of service).

the Petitioner with a valid and timely Notice to Appear and arrest warrant, the BIA vacates *Hurtado,* and the Court is convinced that a fair and impartial bond hearing can be timely provided.

6. No security bond is required.

7. Petitioner is **DIRECTED** to notify his counsel should his place of residence change while his immigration proceedings are ongoing.

8. **The Clerk is DIRECTED** to enter judgment in favor of Petitioner and against Respondents.

9. The Court retains jurisdiction to enforce this order and to consider the matter of fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 9, 2026.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

ICE: Attention Assistant Field Office Director by email at OPLAORLFEDLIT@ice.dhs.gov

Office of the United States Attorney by certified mail at 400 West Washington Street, Suite 3100, Orlando, FL 32801 and by email at USAFLM.Orlando2241@usdoj.gov

Orange County Jail/Warden's Office by email at michele.carpentiere@ocfl.net

Orange County Sheriff's Office – Legal Services by email at irmpickupdesk@ocfl.net, so-as-legalservices@ocsofl.com, OCCDRecords@ocfl.net, and Juanita.Beason@ocfl.net,

Kristi Noem, Secretary, by certified mail at Office of the General Counsel, United States Department of Homeland Security, 2707 Martin Luther King, Jr. Ave, SE Washington, DC 20528

Garrett Ripa, Miami Field Office Director, by certified mail at United States Immigration and Customs Enforcement, 865 SW 78th Avenue, Suite 101, Plantation, FL 33324

United States Attorney General by certified mail at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

United States Marshals by email at usms-mfl-orl@usdoj.gov.